facturing, Sante Fe Natural Tobacco Company, Inc., Sherman's 1400 Broadway N.Y.C. Inc., Tabacelera del Este, S.A., Top Tobacco, LP, U.S. Flue–Cured Tobacco Growers, Inc., Vector Tobacco, VIP Tobacco USA, Ltd., Virginia Carolina Corporation, Inc., Von Eicken Group, the Tobacco Institute, Inc., The Council for Tobacco Research–U.S.A., Inc., Smokeless Tobacco Council, Inc., Hill & Knowlton, Inc., **Respondents.**

Supreme Court of Pennsylvania.

June 26, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of June, 2008, the Petition for Permission to Appeal from an Interlocutory Order is hereby **DENIED,** and the three Applications for Leave to File Supplemental Allocatur Submission in the Nature of a Post–Submission Communication are **DISMISSED AS MOOT.**

Robert Charles Patterson, Esq., Law Offices of R.C. Patterson, Easton, for Robert Odell Davis.

Peter Rosalsky, Esq., Defender Association of Philadelphia, Philadelphia, for Defender Association of Philadelphia.

John Michael Morganelli, Esq., Hugh J. Burns, Jr., Esq., for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD and MCCAFFERY, JJ.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

■

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Robert Odell DAVIS, Appellant.**

Supreme Court of Pennsylvania.

Argued May 13, 2008.
Decided July 21, 2008.

■

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**James A. BURKE, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 28, 2008.
Decided July 21, 2008.

Gail Margaret Chiodo, Esq., for James A. Burke.

John T. Adams, Esq., Alisa Rebecca Hobart, Esq., Berks County District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD and MCCAFFERY, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of July, 2008, the appeal is dismissed as having been improvidently granted.

**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**Ronald Francis PUKSAR, Appellant.**

Supreme Court of Pennsylvania.

Submitted Feb. 22, 2005.

Decided July 22, 2008.